[No. 43668-6-I.    Division One.    November 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LARUE
HUBBARD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-03133-2, Glenna Hall, J., entered October
19, 1998. *Affirmed* by unpublished per curiam opinion.


[No. 43711-9-I.    Division One.    November 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD
WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-8-04786-2, Michael Trickey, J., entered
October 20, 1998. *Affirmed* by unpublished per curiam
opinion.


[No. 43751-8-I.    Division One.    November 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. B.K.,
*Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 98-8-01288-7, Charles R. Snyder, J. Pro
Tem., entered November 3, 1998. *Affirmed* by unpublished
per curiam opinion.


[No. 43752-6-I.    Division One.    November 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. J.P.R.,
*Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 98-8-00692-5, Charles R. Snyder, J.,
entered November 4, 1998. *Dismissed* by unpublished per
curiam opinion.